# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PECK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-1060- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

The parties have stipulated for Defendant to have an extension of forty-five days to prepare and file the administrative record in this action. (Doc. 11) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties, and good cause is required for any further extension. (Doc. 5-1 at 4) Defendant contends the Commissioner made "diligent efforts" to prepare the record, but was unable to meet the deadline. (Doc. 11 at 1) Good cause appearing, the Court **ORDERS:**

1. The request for an extension of time is **GRANTED**; and
2. The Commissioner **SHALL** file the administrative record no later than **March 2, 2018**.

IT IS SO ORDERED.

Dated: **January 18, 2018**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1