UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONNA PECK,

               Plaintiff,

     v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

               Defendant.

Case No. 1:17-cv-01060-JDP

ORDER ON SOCIAL SECURITY APPEAL

      This matter is before the court on claimant's request for judicial review of an unfavorable decision of the Acting Commissioner of the Social Security Administration regarding his application for a period of disability and Social Security Disability Insurance Benefits. The parties have consented to entry of final judgment by the U.S. Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the U.S. Court of Appeals for the Ninth Circuit. ECF Nos. 8, 10. At a hearing on March 25, 2019, we heard argument from the parties. Having reviewed the record, administrative transcript, briefs of the parties, and applicable law, and having considered arguments made at the hearing, we find that the ALJ's decision is supported by substantial evidence in the record and is based on proper legal standards.

      For the reasons stated on the record at oral argument, we deny claimant's appeal from the administrative decision of the Commissioner of Social Security. The clerk of court is directed to enter judgment in favor of defendant Nancy A. Berryhill, the Acting Commissioner of Social Security, and against claimant Donna Peck. The clerk of the court is directed to close this case.

1

IT IS SO ORDERED.

Dated:     March 26, 2019                                UNITED STATES MAGISTRATE JUDGE

No. 200.